# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AHMED LEE,<br><br>　　　　Defendant. | Case No. 2:17-cr-00279-KJD-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 8, 2020 at 9:30 a.m., be vacated and continued to  October 27, 2020  at the hour of  9 : 00  a.m.; or to a time and date convenient to the court.

　　　DATED this 3rd day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE

3